IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LINDA M. O'BRIEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-0742-CV-W-DW |
| | ) |
| KMART CORPORATION, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Pursuant to the parties' stipulation (Doc. 8), the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

SO ORDERED.

                                                     /s/ DEAN WHIPPLE
                                                      Dean Whipple
                                        United States District Judge

Date: January 22, 2007